

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**SEALED**

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   CRIM NO. LKG-24-206 |
| VLADISLAV BOROVKOV, | * |
| DENIS DENISENKO, | * |
| YURIY DENISOV, | * |
| DMITRIY GOLOSHUBOV, | * |
| NIKOLAY KORCHAGIN, and | * |
| AMIN STIGAL, | ******* |

Defendant

## MOTION TO SEAL

The United States moves this Court to order that this Indictment, Arrest Warrant, and other documents, be **SEALED**, except that the Indictment, Arrest Warrant, and other documents shall be unsealed for the limited purpose of the United States Attorney's Office and the Department of Justice disclosing the existence of and transmitting the Indictment and Arrest Warrant to representatives from other U.S. federal departments and agencies, foreign authorities, the International Criminal Police Organization (INTERPOL), and foreign and domestic victims for purposes of requesting and effectuating provisional arrest warrants, requests made under Mutual Legal Assistance Treaties, and extradition; coordinating international and federal government law enforcement and national security activity prior to` complete unsealing of the Indictment; coordinating victim and other remediation activities; and to provide information about the Indictment to victims.



Respectfully submitted,

Erek. L. Barron
United States Attorney

By: _____
Robert I. Goldaris
Aaron S. J. Zelinksy
Assistant United States Attorney

ORDERED as prayed this 7th day of August, 2024.

_____
Charles D. Austin
United States Magistrate Judge