IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>AMIN STIGAL,<br>VLADISLAV BOROVKOV,<br>DENIS DENISENKO,<br>YURIY DENISOV,<br>DMITRIY GOLOSHUBOV, and<br>NIKOLAY KORCHAGIN,<br><br>    Defendants. | **UNDER SEAL**<br><br>LKG-24-206 |

## MOTION TO UNSEAL

The United States moves to unseal the docket in the above-captioned case effective at 12:00PM on Thursday, September 5th, 2024, at which time the United States will have taken the actions necessitating sealing and the docket need no longer need remained sealed.

The government therefore requests the docket in this matter be unsealed effective at that time, and that the superseding indictment be placed on the docket.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
AARON ZELINSKY
2024.09.03 14:06:51 -04'00'
2024.002.21005

Aaron S.J. Zelinsky
Robert I. Goldaris
Assistant United States Attorney